**Order entered September 20, 2021**



**In The**
## Court of Appeals
## Fifth District of Texas at Dallas

**No. 05-20-00858-CV**

**MICHEL B. MORENO, Appellant**

**V.**

**ALAN HALPERIN, AS TRUSTEE OF THE GFES LIQUIDATION TRUST, Appellee**

**On Appeal from the 193rd Judicial District Court
Dallas County, Texas
Trial Court Cause No. DC-20-01025**

**ORDER**

Before the Court is appellant's September 16, 2021 unopposed motion to correct the record.[1]  We **GRANT** the motion.  We **DIRECT** the Clerk of this Court to transfer the supplemental clerk's records filed on July 9, 2021 and July 26, 2021 in appellate cause number 05-21-00390-CV into this appeal.

---

[1] The motion is filed on behalf of appellant Michel B. Moreno and MOR MGH Holdings, LLC. As Michel B. Moreno is the only party who filed a notice of appeal, MOR MGH Holdings, LLC is not before the Court.

Also before the Court is appellant's September 7, 2021 unopposed motion for an extension of time to file a reply brief. We **GRANT** the motion and extend the time to **October 14, 2021**.

/s/     KEN MOLBERG
        JUSTICE